UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
UNITED STATES OF AMERICA
                                                                    :     ORDER
    - v. -
                                                                    :     S1 13 Cr. 635
DINO BOUTERSE, and
EDMUND QUINCY MUNTSLAG,                                             :
    a/k/a "Blue,"
                                                                    :
            Defendants.
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Edward Kim;

It is found that the indictment and arrest warrants in the above-captioned action are currently sealed and the United States Attorney's Office has applied to have the indictment and arrest warrants unsealed, it is therefore

ORDERED that the indictment and arrest warrants in the above-captioned action be unsealed.

Dated: New York, New York
       August 29, 2013

_____
UNITED STATES MAGISTRATE JUDGE


