# EXHIBIT A

# REPUBLIC OF PANAMA
# EXECUTIVE BRANCH

[National Emblem of Panama]

**EXECUTIVE DECREE # 4**

(Dated: August 29th, 2013)

"Whereby the Simple, Conditional Surrender of Mr. Dino Bouterse, a citizen of Surinam, to the United States of America, is granted"

**THE PRESIDENT OF PANAMA,**
In the exercise of his Constitutional and legal powers,

**WHEREAS:**

The Government of the United States of America, through its Embassy in Panama, by way of Diplomatic Note #1541, dated August 29th, 2013, under the provisions of Section 552-A of the Code of Criminal Procedure (Law Number 35, dated May 23rd, 2013) requested the Simple, Conditional Surrender of Mr. Dino Bouterse, a citizen of Surinam, also known as "Dino Delano Bouterse," who is sought for charges of Conspiracy to import five kilograms or more of cocaine to the United States, and distributing five kilograms or more of cocaine, knowing that it was going to be imported into the United States from a place outside of the United States, and to waters within 12 nautical miles of the coast of the United States [sic]. Also, on Charge Two, for carrying a weapon during an offense related to drug trafficking.

That DINO DELANO BOUTERSE, a citizen of Surinam, has a standing arrest warrant against him since August 20th, 2013, because he is being sought by the United States District Court for the Southern District of New York, which remains valid and enforceable [sic].

That the American authorities have pointed out that Mr. DINO DELANO BOUTERSE has indicated his interest in selling military-type weapons to Hezbollah, an international criminal organization renowned for its participation in international terrorist activities; as well as in setting up a training camp in Surinam for Hezbollah and for organizations related to drug trafficking. The diplomatic representatives go on to state that, according to their opinion, and taking into account information that they have, it is possible that

members of said international organizations will attempt to free him from custody, either by attempting to corrupt officials or through the use of violence.

That the requesting Embassy has informed that Mr. DINO DELANO BOUTERSE is a citizen of Surinam, born on September 27th, 1972, in Paramaribo, Surinam. He is described as a man who stands five feet and nine inches tall, weighs 180 pounds, is bald and has brown eyes. Under the name DINO DELANO BOUTERSE he is the bearer of Surinamese passport # DP1002437, and on arrival in Panama he stated that the purpose of his visit was of a commercial nature.

That the Vienna Convention on Diplomatic Relations of 1961 indicates in its whereas clauses that: *"It is acknowledged that such immunities and privileges are granted <u>not for the benefit of individuals, but rather with the purpose of ensuring that diplomatic missions can perform effectively their functions</u> as representatives of their States."*

That the Ministry of Foreign Affairs has been able to ascertain that Mr. DINO DELANO BOUTERSE communicated to the agent of the National Immigration Service who took care of him at Tocumen International Airport that he was not on official duty, and that he was coming to perform commercial transactions of a private nature; therefore, under the provisions of Section 42 of the Vienna Convention on Diplomatic Relations of 1961, Mr. DINO DELANO BOUTERSE is not in Panama to perform any diplomatic functions in any capacity as representative of his State of origin.

That Section 3, Numeral 3, of Cabinet Decree #280, dated August 13th, 1970, determines that: *"Notwithstanding what was stated in the preceding section with regards to diplomatic missions and foreign consular offices, related to the recognition of privileges and immunities to any member of a diplomatic mission, consular office, or special mission of a foreign government, or <u>to any representative</u>, official [or employee], specialist, or expert from an international organization, it is required that said person not be covered under the provisions of Section 5, and that he meets the following conditions:*

    *1.    To be duly accredited before the government of the Republic of Panama.*
    *2.    ... "*

That Mr. DINO DELANO BOUTERSE is not accredited as a diplomatic agent before the Government of Panama and, therefore, it has not recognized him any privileges or immunities [sic].

That the ties of Mr. DINO DELANO BOUTERSE to extremely dangerous criminal organizations make his presence in the Republic of Panama a risk to the community, and [that] his Simple, Conditional Surrender is clearly grounded in reasons of both public safety and social interest; therefore, and in an exceptional manner, the Executive Branch deems the surrender of the requested person viable under the provisions of Section 552-A of the Code of Criminal Procedure (Law Number 35, dated May 23rd, 2013).

## DECREES:

**FIRST:** TO GRANT the Simple, Conditional Surrender of the Surinamese citizen Mr. DINO DELANO BOUTERSE, so that he can be prosecuted in the United States of America.

**SECOND:** TO NOTIFY Mr. DINO DELANO BOUTERSE of the contents of this Ministerial Decree.

**THIRD:** TO INFORM the Embassy of the United States of America of what has been decreed hereby, so that it can proceed to effect the transportation of the requested person to said jurisdiction as soon as possible.

**LEGAL GROUNDS:** Vienna Convention against Illicit Traffic in Narcotic Drugs and Psychotropic Substances of 1988, and Section 552-A of the Code of Criminal Procedure (Law Number 35, dated May 23rd, 2013).

## SO ORDERED

Issued in the city of Panama, on this 29th day in the month of <u>August</u> of the year two thousand thirteen (2013).

[illegible signature]
**RICARDO MARTINELLI B.**
President of Panama

[illegible signature]
**FERNANDO NUÑEZ FABREGA**
Minister of Foreign Affairs

[National Emblem
of Panama]

**REPÚBLICA DE PANAMÁ**
**ÓRGANO EJECUTIVO**

**RESOLUCIÓN EJECUTIVA No. 4**

(de 29 de agosto de 2013)



"Por la cual se concede la Entrega Simple y Condicionada del ciudadano surinamés Dino Bouterse a los Estados Unidos de América"

**EL PRESIDENTE DE LA REPUBLICA,**
en uso de sus facultades constitucionales y legales,

**CONSIDERANDO:**

Que el Gobierno de los Estados Unidos de América, por conducto de su Embajada en la República de Panamá, mediante nota diplomática No.1541 de 29 de agosto de 2013, con fundamento en el Artículo 552-A del Código Procesal Penal (Ley No.35 de 23 de mayo de 2013) solicitó la Entrega Simple y Condicionada del ciudadano surinamés DINO BOUTERSE alias "*Dino Delano Bouterse*" quien es requerido por los Cargos de Conspiración para importar cinco kilogramos o más de cocaína a Estados Unidos, y distribuir cinco kilogramos o más de cocaína, sabiendo que esta iba a ser importada a Estados Unidos desde un lugar fuera de Estados Unidos y hacia aguas dentro de las 12 millas náuticas de la costa de Estados Unidos. Además en el Cargo dos, por portar un arma durante un crimen relacionado con el narcotráfico.

Que el ciudadano surinamés DINO DELANO BOUTERSE mantiene una orden de detención en su contra desde el pasado 20 de agosto de 2013 toda vez que es requerido por el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Nueva York, la cual permanece válida y ejecutable.

Que señalan las autoridades estadounidenses que el señor DINO DELANO BOUTERSE ha indicado su interés en vender armas de tipo militar a Hezbollah, organización criminal internacional conocida por su participación en actividades terroristas internacionales; así como en organizar un campo de entrenamiento en Suriname para Hezbollah y organizaciones relacionadas con el narcotráfico. Continua la representación diplomática que a juicio de ellos y tomando en cuenta la información que poseen, es posible que miembros de esa organización internacionales puedan intentar liberarlo de su custodia ya sea tratando de corromper funcionarios o mediante el uso de la violencia.

Que la Embajada requirente ha comunicado que el señor DINO DELANO BOUTERSE es ciudadano de Suriname, nacido el 27 de septiembre de 1972 en Paramaribo, Suriname, se le describe como un hombre con altura de cinco pies nueve pulgadas, con un peso de 180 libras, calvo y de ojos marrones. Con el nombre de DINO DELANO BOUTERSE es portador del pasaporte surinamés No. DP1002437 quien en su arribo a Panamá expreso que el propósito de su visita era de carácter comercial.

Que la Convención de Viena sobre Relaciones Diplomáticas de 1961, señala en sus considerandos que: "*Reconociendo que tales inmunidades y privilegios se conceden, <u>no en beneficio de las personas</u>, <u>sino con el fin de garantizar el desempeño eficaz de las funciones</u> de las misiones diplomáticas en calidad de representantes de los Estados*".

Que el Ministerio de Relaciones Exteriores pudo constatar que el señor DINO DELANO BOUTERSE comunicó al agente del Servicio Nacional de Migración que lo atendió en el Aeropuerto Internacional de Tocumen que no se encontraba en misión oficial y que venía a realizar transacciones comerciales de carácter privado, por lo que con fundamento en el Artículo 42 de la Convención de Viena sobre Relaciones Diplomáticas de 1961 el señor DINO DELANO BOUTERSE no se encuentra en Panamá ejerciendo funciones diplomáticas en calidad de representante de su Estado de origen.

Que el Artículo 3 numeral 3 del Decreto de Gabinete No.280 de 13 de agosto de 1970 establece que: "*sin perjuicio de lo receptuado en el artículo anterior, con respecto a misiones diplomáticas y oficinas consulares extranjeras, para el reconocimiento de privilegios e inmunidades a cualquier*

*miembro de una misión diplomática, de una oficina consular o de una misión especial de Gobierno extranjero o <u>a cualquier representante</u>, funcionario o técnico o experto de un organismo internacional, se requiere que el titular no esté comprendido en los términos del artículo 5 y que reúna las siguientes condiciones:*

*1. Estar debidamente acreditado ante el Gobierno de la República de Panamá.*
*2. ..."*

Que el señor DINO DELANO BOUTERSE no está acreditado como agente diplomático ante el Gobierno Nacional y por lo tanto, no le ha reconocido privilegios e inmunidades.

Que la vinculación del señor DINO DELANO BOUTERSE con organizaciones criminales altamente peligrosas hace que su presencia en la República de Panamá suponga un riesgo para la colectividad y su Entrega Simple y Condicionada atiende claramente a razones de orden público e interés social, por lo que de manera excepcional el Órgano Ejecutivo considera viable la entrega de la persona requerida en función de lo señalado en el Artículo 552-A del Código Procesal Penal (Ley No.35 de 23 de mayo de 2013).

### RESUELVE:

**PRIMERO:** CONCEDER la Entrega Simple y Condicionada del ciudadano surinamés DINO DELANO BOUTERSE para su juzgamiento en los Estados Unidos de América.

**SEGUNDO:** NOTIFICAR al señor DINO DELANO BOUTERSE del contenido de la presente resolución ministerial.

**TERCERO:** COMUNICAR a la Embajada de los Estados Unidos de América lo resuelto en la presente para que proceda a su traslado del requerido a esa jurisdicción en el menor tiempo posible.

**FUNDAMENTO DE DERECHO:** Convención de Viena contra el Tráfico Internacional de Drogas y Sustancias Psicotrópicas de 1988 y el Artículo 552 –A del Código Procesal Penal (Ley No.35 de 23 de mayo de 2013).

### NOTIFÍQUESE Y CÚMPLASE

Dado en la ciudad de Panamá a los ___29___ días del mes de ___agosto___ de dos mil trece (2013).

**RICARDO MARTINELLI B.**
Presidente de la República

**FERNANDO NÚÑEZ FÁBREGA**
Ministro de Relaciones Exteriores

I, Mario Michelena, Federally Certified Spanish Interpreter and Translator, do hereby certify that I am competent to translate this document, and that this translation is true and accurate to the best of my knowledge and belief. No determination is hereby made regarding the validity of the source document or its contents.

*[signature]*

Date: 3/21/14