# EXHIBIT C

## ADVICE OF RIGHTS

We are American law-enforcement agents. United States law provides you with certain rights in your dealings with us.

Before we ask you any questions, we want to make sure that you understand your rights.

You have the right to remain silent.

If you previously made statements, it is likely that those statements will not be useable against you in a U.S. court.

Anything you now say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

We are not interested in any of the statements you may have made to anyone before. We don't care what you said to anyone in the past. We are starting anew. You do not need to speak with us today just because you have spoken with others in the past.

### Acknowledgment of Rights and Waiver of Rights to an Attorney and to Remain Silent

I am willing to make a statement and answer questions. _____
I do not want a lawyer at this time. _____
I understand my rights and my decision is a knowing and voluntary one. _____
No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. _____

Name: Dino Bouterse

Signature: [signature]

Witness Name: Tyler Brannon

Witness Signature: [signature]

Date/Time: 8/29/13 4:29 CST