No. 1541

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Relations of the Republic of Panama, Directorate of Legal Affairs and Treaties, and requests, in accordance to Article 552-A of the Procedural Penal Code of Panama (Law No. 35 dated May 23, 2013), the cooperation of Panama in granting the conditional release of **Dino Bouterse**, alias "Dino Delano Bouterse," to the United States to stand trial.

**Dino Bouterse** is charged by Superseding Indictment, filed on August 20, 2013, in the United States District Court for the Southern District of New York, with violations of the laws of the United States. Specifically, the Superseding Indictment charges **Dino Bouterse** in Count One with conspiracy to (a) import five kilograms or more of cocaine into the United States and (b) distribute five kilograms or more of cocaine, knowing that it would be imported into the United States from a place outside thereof, and into waters within a distance of 12 miles of the coast of the United States, contrary to Title 21, United States Code, Section 959(a), and in violation of Title 21, United States Code, Sections 952(a), 963, 812, 959(c), 960(a)(1),

DIPLOMATIC NOTE

-2-

960(b)(1)(B), and 960(a)(3), and Title 18, United States Code, Section 3238; and in Count Two with carrying a firearm during and in relation to a drug-trafficking crime, in violation of Title 18, United States Code, Section 924(c).

Based on the crimes charged in the Superseding Indictment, on August 20, 2013, a warrant for the arrest of **Dino Bouterse** was issued in the United States District Court for the Southern District of New York.  The warrants remain valid and executable for the crimes charged in the Superseding Indictment.

**Dino Bouterse** represents a danger to Panama's public security because he is a supplier to international drug trafficking organizations which have access to large amounts of funds derived from the trafficking of large quantities of cocaine.  These organizations and their members also regularly launder proceeds derived from their cocaine trafficking activities. Additionally, **Dino Bouterse**, the son of the current president of Suriname, has indicated his interest in selling military type weapons to Hezbollah, a transnational criminal organization known to participate in international terrorist activities, as well as setting up a training camp in Suriname for Hezbollah and narcotics trafficking organizations.  Given the detailed

-3-

information that **Dino Bouterse** has about the activities of narcotics organizations, it is possible that he or members of these organizations may attempt to secure his release from custody, either by attempting to corrupt public officials or through the use of violence.

**Dino Bourterse** is a citizen of Suriname, born on September 27, 1972, in Paramaribo, Suriname. He is described as a black male, standing approximately five feet, nine inches in height, weighing approximately 180 pounds, with a bald head and brown eyes. Using the name "Dino Delano Bouterse," **Dino Bouterse** is the bearer of Suriname passport number DP1002437, who upon arrival in Panama declared that he was visiting for personal commercial business.

The Embassy of the United States avails itself of this opportunity to reiterate to the Ministry of Foreign Relations of the Republic of Panama, Directorate of Legal Affairs and Treaties, the assurances of its highest consideration.

Enclosure: Copy of warrant of Arrest

Embassy of the United States of America,

Panama, August 29, 2013.