



Case 1:13-cr-00635-SAS Document 33-2 Filed 05/26/14 Page 2 of 4



