

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2021

VIA CM/ECF

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States* v. *Dino Bouterse et al.*, 13 Cr. 635 (AJN)

Dear Judge Nathan:

      The Government writes respectfully to request an adjournment of its October 29, 2021 deadline to respond to defendant Edmund Munstlag's *pro se* motion for compassionate release. The Government has obtained the defendant's medical records and certain administrative files from the Bureau of Prisons and is analyzing those records in conjunction with the defendant's motion. The motion, however, raises a number of claims beyond those relating to the COVID-19 pandemic, including the defendant's incarceration in Trinidad; the conditions of his confinement in the United States; and certain decisions made by his prior counsel at sentencing. Accordingly, the Government requires additional time to respond to the defendant's motion. The Government respectfully requests that its deadline to respond be adjourned until November 12, 2021.

      Thank you for your consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____/S/_____
    Andrew J. DeFilippis
    Michael D. Lockard
    Assistant United States Attorneys
    (212) 637-2231 / 2193

---

The Government's request is granted. The Government shall file its response by November 12, 2021. Mr. Muntslag's deadline to file a reply is extended to November 26, 2021.

The Clerk's office is respectfully asked to mail a copy of this Order to Edmund Muntslag at FCI Hazelton.

SO ORDERED.

*[signature: Alison J. Nathan]*

10/26/2021