IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2022

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CASE NO. 1:13-CR-00635-MKV |
| § | |
| DINO DELANO BOUTERSE § | |

## ORDER

Came on to be heard this date, Kent A. Schaffer's Motion to Appear Pro Hac Vice, and the Court is of the opinion that said motion is hereby: GRANTED.

Date: June 23, 2022
New York, New York

Mary Kay Vyskocil
United States District Judge